IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00753-RPM

ONTARIO ENTERTAINMENT, LTD., a Colorado corporation,

        Plaintiff,

v.

REGAL VIDEO, INC., a Colorado corporation and
MARSONER, INC., an Arizona corporation,

        Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION TO DISMISS
_____

Upon consideration of the Response to Order to Show Cause and Motion to Dismiss without Prejudice [7] filed on August 25, 2008, it is

ORDERED that the Order to Show Cause entered by this Court on August 4, 2008, is discharged and it is

FURTHER ORDERED that the motion to dismiss without prejudice is granted.

DATED: August 29th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge